# UNITED STATES DISTRICT COURT
## for the
NORTHERN District of CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>ARTHUR LEE ANDERSON<br><br>Date of Original Judgment: 02/22/2005<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: CR-03-40164-001 SBA<br>) USM No: 97400-011<br>)<br>) JOHN JORDAN<br>) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __140__ months **is reduced to** __135__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment 2/22/2005 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/21/13

_Sandra B. Armstrong_
Judge's signature

Effective Date: _____
*(if different from order date)*

Printed name and title