# UNITED STATES DISTRICT COURT
for the

NORTHERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ARTHUR LEE ANDERSON | ) | Case No: CR-03-40164-001 SBA |
| | ) | USM No: 97400-011 |
| Date of Original Judgment: 02/22/2005 | ) | |
| Date of Previous Amended Judgment: | ) | JOHN JORDAN |
| *(Use Date of Last Amended Judgment if Any)* | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __140__ months **is reduced to** __135__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment  2/22/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/21/13

*Judge's signature* [signed] Saundra B. Armstrong

Effective Date: _____
*(if different from order date)*

SAUNDRA B. ARMSTRONG, U.S. DISTRICT JUDGE
Printed name and title

**This second page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: _____
CASE NUMBER: _____
DISTRICT: _____

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: _____ | Amended Total Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS